USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICKY CUTAJAR,

                Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

19 **CIVIL** 5569 (SDA)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 30, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 30, 2019

                                                      RUBY J. KRAJICK
                                                      Clerk of Court
                                       BY:
                                                         Deputy Clerk

                                                      THIS DOCUMENT WAS ENTERED
                                                      ON THE DOCKET ON 12/30/2019