UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Micky Cutajar,

                            Plaintiff,

        -against-

Commissioner of Social Security,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2020

1:19-cv-05569 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Commissioner shall file his response, if any, to Plaintiff's motion for attorney's fees (*see* ECF No. 17) no later than April 7, 2020.

**SO ORDERED.**

DATED:    New York, New York
              March 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge