```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Micky Cutajar,

                        Plaintiff,

       -against-

Commissioner of Social Security,

                       Defendant.

1:19-cv-05569 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the Commissioner shall file a response to Plaintiff's amended motion for attorney's fees (ECF No. 29) no later than March 30, 2021.

    In light of the amended motion (which appears only to add a missing page to Exhibit B), the Clerk of Court is respectfully requested to terminate the motion at ECF No. 28 as moot.

**SO ORDERED.**

DATED:    New York, New York
                March 17, 2021

                                            */s/ Stewart D. Aaron*
                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge